UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DAVID A. MILNE, *et al.*,                ) No. C11-1131RSL
                                         )
            Appellants,    )
   v.                                    ) ORDER GRANTING PERMISSION
                                         ) TO FILE OVERLENGTH
WASHINGTON CONSTRUCTION                  ) MEMORANDA
COMPANY,                                 )
                                         )
            Appellee.      )
_____)

      This matter comes before the Court on appellants' unopposed "Motion for Stipulated Order to Lengthen Brief." Dkt. # 10. The motion is GRANTED. Appellants may file an opening memorandum that does not exceed forty pages. Pursuant to Local Civil Rule 7(f)(4) and the stipulation of counsel, the opposition memorandum may also be forty pages long.

      Dated this 3rd day of November, 2011.

                       /s/ Robert S. Lasnik
                       Robert S. Lasnik
                       United States District Judge

ORDER GRANTING PERMISSION
TO FILE OVERLENGTH MEMORANDA